PER CURIAM. 

(No. 75-CC-975–)

EDGEWATER UPTOWN COMMUNITY MENTAL HEALTH COUNCIL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 16, 1975.*

EDGEWATER UPTOWN COMMUNITY MENTAL HEALTH COUNCIL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

657

PER CURIAM.